# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENISE ANDERSON MATHIS,

    Plaintiff(s),

vs.

TOWN OF WAYNESVILLE, NC; MICHAEL BONFOEY; JAMES H. MOORE, JR.; and TYLER TRANTHAM

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09-CV-296-GCM

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/19/2010 Order.

March 19, 2010

FRANK G. JOHNS, CLERK

BY: s/Elizabeth J. Barton

Elizabeth J. Barton, Deputy Clerk